**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Michelle Irene Perkins                                    Case # 07-12378-SSM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

PAYEE                                                     AMOUNT

MICHELLE IRENE PERKINS                                    $52.47
30 Lorenzo Drive
Fredericksburg, VA  22405


Dated:        October 28, 2010              __/s/Thomas P. Gorman _____
                                            Thomas P. Gorman
                                            300 North Washington Street, Ste. 400
                                            Alexandria, VA 22314
                                            (703) 836-2226
                                            VSB#26421